BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MISTY NEWTON, | ) CIVIL NO. 2:13-cv-02458-GEB-EFB |
| | ) |
|     Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~** |
| v. | ) **ORDER FOR A FIRST EXTENSION OF** |
| | ) **TIME FOR DEFENDANT TO RESPOND** |
| CAROLYN W. COLVIN, | ) **TO PLAINTIFF'S OPENING BRIEF** |
| | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief.  Counsel for Defendant requests this extension in light of other district court litigation, planned vacation, and substantive non-litigation matters.

The current due date is June 18, 2014.  The new due date will be July 18, 2014.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 11, 2014             */s/ Robert Charles Hubbs*
                                 (by email authorization on June 11, 2014)
                                 Attorney for Plaintiff


Dated: June 11, 2014             BENJAMIN B. WAGNER
                                 United States Attorney

                         By:     /s/ *Henry L. Chi*
                                 Henry L. Chi
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

DATED: June 1 2 2014

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE