BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MISTY NEWTON, | ) CIVIL NO. 2:13-cv-02458-GEB-EFB |
|     Plaintiff, | ) **STIPULATION AND** ~~**PROPOSED**~~ |
| v. | ) **ORDER FOR A SECOND EXTENSION** |
| | ) **OF TIME FOR DEFENDANT TO** |
| CAROLYN W. COLVIN, | ) **RESPOND TO PLAINTIFF'S OPENING** |
| | ) **BRIEF** |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 14 days to respond to Plaintiff's opening brief.  Counsel for Defendant is drafting the opposition but needs more time to sufficiently respond to Plaintiff's brief.  Also, Counsel for Defendant had an unexpected deadline

occur in another one of his cases, which necessitates travel for a deposition.  Counsel for Defendant apologizes for seeking this second extension but it is needed to adequately defend the Commissioner in this case.

The current due date is July 18, 2014.  The new due date will be August 1, 2014.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 15, 2014                 */s/ Robert Charles Hubbs*
                                     (by email authorization on July 14, 2014)
                                     Attorney for Plaintiff

Dated: July 15, 2014                 BENJAMIN B. WAGNER
                                     United States Attorney

                            By:      /s/ *Henry L. Chi*
                                     Henry L. Chi
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  July 21, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE