UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MISSY NEWTON,

        Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

No. 2:13-cv-2458-GEB-EFB

ORDER

On March 12, 2015, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed March 12, 2015, are ADOPTED;

2. Plaintiff's motion for summary judgment is granted;

3. The Commissioner's cross-motion for summary judgment is denied;

4. The Clerk is directed to enter judgment in plaintiff's favor; and

/////

1     5. The matter is remanded for further consideration.

2 Dated: March 31, 2015

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge