Robert C. Hubbs, Esq. (SBN 145641)
HUBBS DISABILITY LAW
1160 North Dutton Avenue, Suite 240
Santa Rosa, CA 95401
Telephone: (707) 542-5191
Facsimile: (707) 547-2212
E-Mail: bob@hubbsdisabilitylaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY LYNEA NEWTON<br>xxx-xx-2082<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social<br>Security,<br><br>    Defendant | CASE NO.   Civ. 2:13-cv-02458 GEB EFB<br><br>[PROPOSED]<br>ORDER AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY FEES,<br>PURSUANT TO 28 U.S.C. § 2412(d),<br>AND COSTS PURSUANT TO 28 U.S.C.<br>§ 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of Six Thousand Three Hundred and Eighty-Eight dollars ($6,388.00) as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

Dated: July 8, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge